USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/11/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LODOVIC TURKAJ,

        Plaintiff,

  -against-

LANTOWER REALTY L.P.,

        Defendant.

20-CV-02539 (PGG) (BCM)

ORDER

**BARBARA MOSES, United States Magistrate Judge.**

    This case has been referred for mediation, to be scheduled within 60 days of May 6, 2020. (Dkt. No. 13.) In the event that the parties are unable to resolve their dispute at the mediation, they shall file a joint letter, no later than **seven days after the conclusion of the mediation**, proposing three dates, within six weeks thereafter, on which the parties are available for an initial case management conference. The Court ordinarily holds case management conferences in the morning on Mondays, Tuesdays, Wednesdays, and Thursdays.

Dated: New York, New York
       May 11, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**